IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| PATRICK ALLEN BURKE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:22-cv-00414 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| SOCIAL SECURITY ADMINISTRATION, | ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 22) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14). The Magistrate Judge recommends the Court deny the Motion with respect to Burke's claim for disability insurance benefits (DIB) and affirm the Commissioner's decision.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 22 at 12). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14) is **DENIED**.

This Order shall constitute final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE